```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MATTHEW C. STEGMAN
   | Assistant U.S. Attorney
 3 | MATTHEW P. DE MOURA
   | Certified Law Clerk, Misdemeanor Unit
 4 | 501 I Street, Suite 10-100
   | Sacramento, California  95814
 5 | Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. S-10-076 KJM |
| Plaintiff, | Amended Stipulation and Order to Continue Trial Confirmation Hearing and Jury Trial |
| v. | |
| DEAN LUNDIE, | Date: August 19, 2010<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed between the United States and the defendant, DEAN LUNDIE, by and through his undersigned counsel, that the previously scheduled trial confirmation hearing date of August 19, 2010, and jury trial date of August 30, 2010, be vacated and a trial confirmation hearing be set for January 13, 2011, at 10:00 a.m. with a jury trial of January 24, 2011, at 10:00 a.m.

This continuance is requested because a key government witness is unavailable due to training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.  The training is six months in duration which prevents the witness from being available until late December or early January.

1

1 | Additionally, the parties are in negotiations to resolve the
2 | matter.  The defendant has indicated he will provide additional
3 | documents to the Government that may help resolve this matter.
4 | This continuance is requested to allow the government and
5 | defendant further time to prepare for trial.  Further, additional
6 | time is needed to prepare given the complex issues involved.
7 |     The parties agree that time may be excluded From July 26,
8 | 2010, to January 24, 2011, pursuant to Title 18, United States
9 | Code, Section 3161(h)(7)(B)(iv), also known as Local Code T4,
10 | reasonable time to prepare, Title 18, United States Code, Section
11 | 3161(h)(3)(A)(B), also known as Local Code M, Title 18, United
12 | States Code, Section 3161(h)(7)(B)(ii), also known as Local Code
13 | T2.  The interests of justice served by granting this continuance
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: July 27, 2010                     BENJAMIN B. WAGNER
                                         United States Attorney


                                    By:  /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney


DATED: July 26, 2010


                                    By:  /s/ W. Bradley Holmes[1]
                                         W. BRADLEY HOLMES
                                         Attorney for Defendant
                                         DEAN LUNDIE


                         O R D E R

IT IS SO ORDERED:

DATED: July 29, 2010

                                         _____
                                         U.S. MAGISTRATE JUDGE

---

[1] W. Bradley Holmes, Attorney for Defendant, telephonically authorized United States of America to sign for him